UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Harrison Ross Byck, Esq.
Kasuri Byck, LLC
340 Route 1 North
Edison, NJ 08817
732-253-7630 (ph)
732-253-7632 (fax)
Attorney for Debtors

Order Filed on August 10, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Praveen Andapally

Case No.: 16-21074

Chapter: 11

Judge: Ferguson

## ORDER AUTHORIZING RETENTION OF

Harrison Ross Byck, Esq. of Kasuri Byck, LLC

The relief set forth on the following page is **ORDERED**.

**DATED: August 10, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Harrison Ross Byck, Esq._____
as _____attorneys for debtors_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:  Kasuri Byck, LLC
   340 Route 1 North
   Edison, NJ 08817

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*