UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on August 31, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Praveen K. Andapally

Case No.: 16-21074

Hearing Date: 8-30-2016

Judge: Kathryn C. Ferguson

Chapter: 11

Recommended Local Form:   ❐ Followed   ❐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
## FOR LOSS MITIGATION AS TO BANK OF AMERICA

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 31, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____7-25_____, 20 16  by Harrison Byck , Esq. for the Debtor   for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*