Official Form 417A (12/15)

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Harrison Ross Byck, Esq.<br>Law Offices of Kasuri Byck, LLC<br>340 Route 1 North<br>Edison, NJ 08817<br>(732) 253-7630<br>(732) 253-7632 fax<br>lawfirm@kasuribyck.com<br>Bar ID: 026831988 | |
| In Re:<br><br>PRAVEEN K. ANDAPALLY,<br><br>    Debtor. | Case No.: 16-21074-KCF<br><br>Judge: Kathryn C. Ferguson<br><br>Hearing: 8-30-2016<br><br>Chapter: 11 |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):

    PRAVEEN K. ANDAPALLY

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

    For appeals in an adversary proceeding.

    ❑ Plaintiff  ❑ Defendant

    ❑ Other (describe) _____

    ❑ Trustee
    ❑ Other (describe) _____

    For appeals in a bankruptcy case and not in an adversary proceeding.

    ☒ Debtor
    ☐ Creditor

1

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: <u>Order Denying Motion or Application for the Entry of an Order for Loss Mitigation as to Fay Servicing</u>.

2. State the date on which the judgment, order, or decree was entered: <u>August 31, 2016.</u>

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:  PRAVEEN K. ANDAPALLY       Attorney:  Kasuri & Byck, L.L.C.
                                                  340 Route 1, North
                                                  Edison, NJ 08817


**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellants elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

 /s/Harrison Ross Byck, Esq._____
HARRISON ROSS BYCK, ESQ.


 Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required