UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                 :    Case no.:        _____
                                                       :
                                                       :    Chapter:         _____
                                                       :
            Debtor(s)                                  :    Adv. Pro. No.: _____
_____:

**CERTIFICATE OF SERVICE Re NOTICE OF APPEAL**

    I hereby certify the following:

    On _____ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated _____ was filed.

    A copy of the above mentioned appeal was served on the following parties on _____.

United States Trustee, One Newark Center, Newark, NJ 07101

_____

_____

_____

_____

Dated: _____                          JAMES J. WALDRON, Clerk