

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Praveen K. Andapally | Case No.: ___16-21074___<br><br>Hearing Date: ____9-13-2016_____<br><br>Chapter: _____11_____<br><br>Judge: Kathryn C. Ferguson |

Order Filed on September 15, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER REQUIRING DEBTOR TO FILE
# CHAPTER 11 PLAN AND DISCLOSURE STATEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 15, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been brought before the Court for a Status Conference, and the Court having found cause for the entry of the within order, it is hereby

ORDERED that the debtor shall file a Plan and Disclosure Statement by __12-13-2016_____, and it is further

ORDERED that if the Plan and disclosure Statement are not filed by ___12-13-2016_____ the case will automatically be converted without further notice, and it is further

ORDERED that the debtor comply with the Operating Guidelines for Chapter 11 Debtors issued by the Office of the United States Trustee, particularly as they apply to the filing of the operating reports and payment of the required quarterly fees to the United States Trustee pursuant to 28 U.S.C. § 1930.