| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Praveen K. Andapally | **Order Filed on September 15, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.:     ___16-21074___<br><br>Hearing Date:     ____9-13-2016____<br><br>Chapter:     _____11_____<br><br>Judge:     Kathryn C. Ferguson |

## ORDER REQUIRING DEBTOR TO FILE
## CHAPTER 11 PLAN AND DISCLOSURE STATEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 15, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been brought before the Court for a Status Conference, and the Court having found cause for the entry of the within order, it is hereby

ORDERED that the debtor shall file a Plan and Disclosure Statement by __12-13-2016_____, and it is further

ORDERED that if the Plan and disclosure Statement are not filed by ___12-13-2016_____ the case will automatically be converted without further notice, and it is further

ORDERED that the debtor comply with the Operating Guidelines for Chapter 11 Debtors issued by the Office of the United States Trustee, particularly as they apply to the filing of the operating reports and payment of the required quarterly fees to the United States Trustee pursuant to 28 U.S.C. § 1930.

United States Bankruptcy Court
District of New Jersey

In re:  
Praveen K Andapally  
      Debtor

Case No. 16-21074-KCF  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 15, 2016  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2016.  
db          +Praveen K Andapally,    6 Richard Road,    Edison, NJ 08820-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2016 at the address(es) listed below:  
            Denise E. Carlon     on behalf of Creditor     BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Denise E. Carlon     on behalf of Loss Mitigation     Bank of America dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Harrison Ross Byck     on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com, financial@kasuribyck.com  
                                                                                                                                                                               TOTAL: 3