UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                              16-05588

:        Civil no:        _____
:
:        Case no.:       _____
:
:        Chapter:         _____
:
Debtor(s)                                            :        Adv. No.:       _____
_____:

**CERTIFICATION OF FAILURE TO FILE DESIGNATION OF RECORD**

    I, _____, Deputy Clerk of the United States Bankruptcy Court for the District of New Jersey, do hereby certify that:

    On _____, a Notice of Appeal (copy attached) from the Bankruptcy Court Order or Judgment dated _____, was filed in the above captioned matter.

    Pursuant to Bankruptcy Rule 8009 an appellant has 14 days from the date the notice of appeal becomes effective or an order granting leave to appeal is entered, to file a designation of items to be included in the record on appeal and a statement of the issues to be presented.

    To date, the appellant has failed to file such designation or to request an extension of time within which to file same.

    I certify that to the best of my knowledge and belief the above statements are true and correct. I also certify that a copy of this Certification has been served on the Appellant, Appellee(s) and U.S. Trustee.

JAMES J. WALDRON, Clerk

Dated: _____            BY: _____

*rev.1/14/15*