## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In Re:  Praveen K. Andapally                                              Case No. 16-bk-21074
        Debtors                                                                  Chapter 11

### DESIGNATION OF ITEMS AND STATEMENT OF ISSUES TO BE PRESENTED

COMES NOW, Debtor, PRAVEEN K. ANDAPALLY, by and through the undersigned counsel pursuant to Federal Rule of Bankruptcy Procedure 8009(a), and hereby submits the Designation of Items and Statement of Issues to be presented on appeal:

1.  The bankruptcy case was filed on June 7, 2016.

2.  Two Motions for Approval to Participate in Loss Mitigation were filed on July 25, 2016.

3.  No objections were made to the two Motions for Approval to Participate in Loss Mitigation and a hearing on the same was held on August 30, 2016.

4.  An Order Denying Loss Mitigation as to both Motions was entered on August 31, 2016.

5.  The Debtor appeals the denial of the entry into Loss Mitigation on both motions filed.

6.  Debtor asserts the issues to be presented on appeal are whether Debtor has an absolute right of entry into the Court's loss mitigation program absent an objection and whether Debtor has been wrongfully denied entry into the Court's loss mitigation program.

                                                */s/ Harrison Ross Byck*
                                                HARRISON ROSS BYCK, ESQUIRE
                                                Attorney for Debtor