UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re:                                                       Chapter: _____

                                                             Case Number: _____

                                                             Civil Number: _____

                                                             Adversary Number: _____

                                                             Bankruptcy Judge: _____

**TRANSMITTAL OF APPEAL DOCUMENT(S) TO:**

❏ **DISTRICT COURT**     ❏ **CIRCUIT COURT OF APPEALS**

A Notice of Appeal was filed in our office on _____. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | _____ | Appellee(s): | _____ |
| Attorney: | _____ | Attorney: | _____ |
| Address: | _____ | Address: | _____ |
| | _____ | | _____ |

Title of Order Appealed: _____

Date Entered On Docket: _____

The items indicated below are being transmitted together:

❏ Notice of Appeal        ❏ Order being Appealed        ❏ Designation of Record on Appeal

❏ Statement of Issues        ❏ Transcript        ❏ Transcript Ordered On: _____

❏ Other _____

---

❏       An appeal has not previously been filed in this case.

❏       The following list contains information regarding all appeals previously filed in this case:

| **District Court Case Number** | **District Court Judge Assigned** | **Date of Transmission of Record to District Court** |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____        Judge assigned: _____

By: _____        Date: _____