UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on December 7, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Praveen K. Andapally

Case No.: 16-21074

Hearing Date: 12/6/17

Judge: Kathryn C. Ferguson

Chapter: 11

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 7, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

      A motion or application having been filed on _____October 19_____, 20 16  by
_Jordan Seth Blask_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied. `without prejudice.`

      The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*