UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on December 7, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  Praveen K. Andapally

Case No.: _____16-21074_____

Hearing Date: _____12/6/17_____

Judge: _____Kathryn C. Ferguson_____

Chapter: _____11_____

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
## FOR RELIEF FROM STAY

   The relief set forth on the following page is hereby **ORDERED**.

.......

**DATED: December 7, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____October 19_____, 20 16  by

_Adam Joseph Friedman_____ for entry of an order as set forth above, all

interested parties having been duly served, the Court having considered all of the papers

submitted, along with any arguments of counsel, and for good cause shown; it is


ORDERED that the aforesaid motion or application is denied. without prejudice.


The successful party shall serve this order on the debtor, any trustee and all parties who

entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-21074-KCF
Praveen K Andapally                                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1          Date Rcvd: Dec 07, 2016
                              Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
db              +Praveen K Andapally,   6 Richard Road,   Edison, NJ 08820-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2016 at the address(es) listed below:
        Adam Jason Friedman    on behalf of Creditor   Fay servicing LLC as servicer for Wilmington
         Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
         but solely as trustee for BCAT 2015-14BTT bankruptcy@friedmanvartolo.com
        Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Loss Mitigation   Bank of America dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
         financial@kasuribyck.com
        Jordan Seth Blask    on behalf of Creditor   PNC Bank, National Association jblask@tuckerlaw.com,
         agilbert@tuckerlaw.com;apetronchak@tuckerlaw.com
        Matthew William Lizotte    on behalf of Creditor   Fay servicing LLC as servicer for Wilmington
         Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
         but solely as trustee for BCAT 2015-14BTT mlizotte@friedmanvartolo.com
                                                                                          TOTAL: 6