Form 169 – ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−21074−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Praveen K Andapally
  6 Richard Road
  Edison, NJ 08820

Social Security No.:
  xxx−xx−7413

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

An application/motion to convert the above−captioned case from Chapter 7 to Chapter 11, has been filed by The Debtor.

Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Kathryn C. Ferguson on:

Date:             January 10, 2017
Time:                 10:00 AM
Location:      Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507


Dated: December 20, 2016
JJW:

                                                                James J. Waldron
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-21074-KCF
Praveen K Andapally                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2            Date Rcvd: Dec 20, 2016
                              Form ID: 169           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2016.
```
db         +Praveen K Andapally,    6 Richard Road,    Edison, NJ 08820-3028
lm         +Bank of America,    1800 Tapo Canyon,    Simi Valley, CA 93063-6712
lm         +FAY SERVICING, LLC,    939 WEST NORTH AVE,    SUITE 680,    CHICAGO, IL 60642-1231
cr          Mercedes Benz Financial Services USA LLC,    Att: BK Servicing LLC,    POB 131265,
             Roseville, MN, 55113-0011
cr         +Wilmington Savings Fund Society,    Aldridge Pite LLP,    4375 Jutland Dr,   Ste 200,    POB 17933,
             San Diego, CA 92177-7921
516222040  +BANK OF AMERICA,    PO BOX 15284,    WILMINGTON, DE 19850-5284
516222041  +BANK OF AMERICA,    1800 TAPO CANYON RD,    SIMI VALLEY, CA 93063-6712
516401920   BANK OF AMERICA, N.A.,    Bank of America,    PO BOX 31785,    Tampa FL 33631-3785
516342685  +Bank United,    Att: Howard Toland,    1200 Weston Rd Penthouse,    Weston, FL 33326-1987
516222042  +BankUnited, N.A.,    Workout and Recovery,    7815 NW 148th Street,    Hialeah, FL 33016-1554
516222043  +CBNA,   50 NORTHWEST POINT ROAD,    ELK GROVE VILLAGE, IL 60007-1032
516222044  +CITIMORTGAGE INC,    PO BOX 9438,    GAITHERSBURG, MD 20898-9438
516277325  +Carrington Mortgage Services,    Att: Prober & Raphael,    20750 Ventura Blvd Ste 100,
             Woodland Hills, CA 91364-6207
516433524  +Carrington Mortgage Services, LLC,    1600 SOUTH DOUGLASS ROAD,    ANAHEIM, CA 92806-5951
516222045  +FAY SERVICING,    939 W NORTH AVE,    CHICAGO, IL 60642-7138
516222046  +MB FIN SVCS,    BYMAILONLY,    36455 CORPORATE DRIVE,    FARMINGTON, MI 48331-3552
516286457   Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
             Roseville, MN 55113-0011
516222047  +PNC Bank,    2730 LIberty Avenue,    Pittsburgh, PA 15222-4747
516417639  +U.S. Bank Trust N.A.,Trustee (See 410),    C/O Fay Servicing,    939 W. North Avenue Suite 680,
             Chicago, Illinois 60642-1231
516235018  +Wells Fargo Bank, N.A.,    Attn: Sharilyn Kelley,    4101 Wiseman Blvd, #T7419-018,
             San Antonio, Texas 78251-4200
516222049  +Wells Fargo Bank, N.A.,    PO Box 660007,    Dallas, TX 75266-0007
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2016 22:59:53      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2016 22:59:51      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516429623   E-mail/PDF: resurgentbknotifications@resurgent.com Dec 20 2016 23:01:25
             Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
             Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
516227254  +E-mail/Text: cio.bncmail@irs.gov Dec 20 2016 22:59:34      Department of Treasury,
             Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
516552665  +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2016 22:59:51      United States Trustee,
             One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516222048      PUBLIC SER. ELECTRIC & GAS
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 20, 2016
                              Form ID: 169             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2016 at the address(es) listed below:

          Adam Jason Friedman   on behalf of Creditor   Fay servicing LLC as servicer for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT bankruptcy@friedmanvartolo.com
          Brian Thomas Crowley   on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com
          Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Loss Mitigation   Bank of America dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Harrison Ross Byck   on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com, financial@kasuribyck.com
          John Michael McDonnell   jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
          Jordan Seth Blask   on behalf of Creditor   PNC Bank, National Association jblask@tuckerlaw.com, agilbert@tuckerlaw.com;apetronchak@tuckerlaw.com
          Matthew William Lizotte   on behalf of Creditor   Fay servicing LLC as servicer for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT mlizotte@friedmanvartolo.com
          United States Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                TOTAL: 9