Order Filed on December 27, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**McDonnell Crowley, LLC**
115 Maple Avenue – Suite 201
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley (BC2778)
*Proposed Counsel to John M. McDonnell,
  Chapter 7 Trustee*

In re:

PRAVEN K. ANDAPALLY,

　　　　　　Debtor.

Case No. 16-21074 (KCF)

Honorable Kathryn C. Ferguson

Chapter 7

Recommended Local Form:　　☒　Followed　　☐　Modified

**ORDER AUTHORIZING RETENTION OF
MCDONNELL CROWLEY, LLC AS
COUNSEL FOR CHAPTER 7 TRUSTEE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

**ORDERED**.

**DATED: December 27, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re:        Praven K. Andpally

Case No.:    16-21074 (KCF)

Applicant:   John M. McDonnell
- ☒ Trustee:  ☒ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.
- ☐ Debtor:   ☐ Chap. 11  ☐ Chap. 13
- ☐ Official Committee of _____

Professional: McDonnell Crowley, LLC

Address:     115 Maple Avenue, Suite 201
             Red Bank, NJ 07701

- ☒ Attorney for:
  - ☒ Trustee   ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☐ Accountant for:
  - ☐ Trustee   ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☐ Other Professional:
  - ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
  - ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, John M. McDonnell, Chapter 7 Trustee, is authorized to retain the professional, McDonnell Crowley, LLC, to act as counsel for the Trustee.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date is the date the application is filed with the Court.