UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**McDonnell Crowley, LLC**
115 Maple Avenue – Suite 201
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley (BC2778)
*Proposed Counsel to John M. McDonnell,*
 *Chapter 7 Trustee*

Order Filed on December 27, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

PRAVEN K. ANDAPALLY,

Debtor.

Case No. 16-21074 (KCF)

Honorable Kathryn C. Ferguson

Chapter 7

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER AUTHORIZING RETENTION OF BEDERSON & COMPANY, LLP AS ACCOUNTANTS TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 27, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re: Praven K. Andapally

Case No.: 16-21074 (KCF)

Applicant: John M. McDonnell

&boxtimes; Trustee:  &boxtimes; Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor:  ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Professional: Bederson & Company, LLP

Address: 347 Mt. Pleasant Avenue
West Orange, NJ 07052

☐ Attorney for:

    ☐ Trustee    ☐ Debtor-in-Possession

    ☐ Official Committee of _____

&boxtimes; Accountant for:

    &boxtimes; Trustee    ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

    ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, John M. McDonnell, Chapter 7 Trustee, is authorized to retain the professional, Bederson & Company, LLP, to act as accountants for the Trustee.

2. Compensation on an hourly basis as approved by the Court upon the filing of fee applications and as more fully set forth in the Certification of Professional in Support of Application for Retention of Professional filed simultaneously herewith.

3. The effective date of retention is the date the application is filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Praveen K Andapally  
    Debtor

Case No. 16-21074-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 27, 2016  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2016.  
db          +Praveen K Andapally,    6 Richard Road,    Edison, NJ 08820-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2016                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2016 at the address(es) listed below:
         Adam Jason Friedman    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT bankruptcy@friedmanvartolo.com  
         Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com  
         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Loss Mitigation    Bank of America dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com, financial@kasuribyck.com  
         John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com  
         Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com, agilbert@tuckerlaw.com;apetronchak@tuckerlaw.com  
         Matthew William Lizotte    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT mlizotte@friedmanvartolo.com  
         United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                 TOTAL: 9