UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**McDonnell Crowley, LLC**
115 Maple Avenue – Suite 201
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley (BC2778)
*Proposed Counsel to John M. McDonnell,*
 *Chapter 7 Trustee*

Order Filed on December 27, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

PRAVEN K. ANDAPALLY,

                    Debtor.

Case No. 16-21074 (KCF)

Honorable Kathryn C. Ferguson

Chapter 7

Recommended Local Form:     ☒  Followed     ☐  Modified

### ORDER AUTHORIZING RETENTION OF
### MCDONNELL CROWLEY, LLC AS
### COUNSEL FOR CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby

**ORDERED**.

**DATED: December 27, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re:       Praven K. Andpally

Case No.:    16-21074 (KCF)

Applicant:   John M. McDonnell
             ☒  Trustee:  ☒  Chap. 7        ☐  Chap. 11        ☐  Chap. 13.

             ☐  Debtor:  ☐  Chap. 11        ☐  Chap. 13

             ☐  Official Committee of _____

Professional: McDonnell Crowley, LLC

Address:     115 Maple Avenue, Suite 201
             Red Bank, NJ 07701

             ☒  Attorney for:

                 ☒  Trustee     ☐  Debtor-in-Possession

                 ☐  Official Committee of _____

             ☐  Accountant for:

                 ☐  Trustee     ☐  Debtor-in-Possession

                 ☐  Official Committee of _____

             ☐  Other Professional:

                 ☐  Realtor    ☐  Appraiser    ☐  Special Counsel    ☐  Auctioneer

                 ☐  Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicant, John M. McDonnell, Chapter 7 Trustee, is authorized to retain the
      professional, McDonnell Crowley, LLC, to act as counsel for the Trustee.

2

2.      Compensation shall be paid in such amounts as may be allowed by the Court upon

proper application(s) therefor.

3.      The effective date is the date the application is filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-21074-KCF
Praveen K Andapally                                                       Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Dec 27, 2016
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2016.
db             +Praveen K Andapally,   6 Richard Road,   Edison, NJ 08820-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2016 at the address(es) listed below:
         Adam Jason Friedman   on behalf of Creditor   Fay servicing LLC as servicer for Wilmington
          Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
          but solely as trustee for BCAT 2015-14BTT bankruptcy@friedmanvartolo.com
         Brian Thomas Crowley   on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com
         Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Denise E. Carlon   on behalf of Loss Mitigation   Bank of America dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Harrison Ross Byck   on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
          financial@kasuribyck.com
         John Michael McDonnell   jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
         Jordan Seth Blask   on behalf of Creditor   PNC Bank, National Association jblask@tuckerlaw.com,
          agilbert@tuckerlaw.com;apetronchak@tuckerlaw.com
         Matthew William Lizotte   on behalf of Creditor   Fay servicing LLC as servicer for Wilmington
          Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
          but solely as trustee for BCAT 2015-14BTT mlizotte@friedmanvartolo.com
         United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 9