IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In Re:  Praveen K. Andapally                                     Case No. 16-bk-21074
Debtor                                                           Chapter 7

## APPLICATION FOR ORDER SHORTENING TIME PERIOD FOR NOTICE UNDER FED. R. BANKR. P. 9006(c)(1)

The application of Praveen K. Andapally respectfully represents:

1. Praveen K. Andapally is debtor in the instant case.

2. The Applicant requests an Order Shortening Time Period for Notice because there is currently a Motion to Compel filed by the Chapter 7 Trustee and Debtor requests that the Motion to Dismiss be heard prior.

3. Reduction of the time period in question is not prohibited under Fed. R. Bankr. P. 9006(c)(2) and the rules listed therein.

WHEREFORE, the Applicant requests entry of the order submitted herewith.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this Application was served on the Chapter 7 Trustee, **John Michael McDonnell**, jmcdonnell@mchfirm.com on this 24th day of January, 2017.

*/s/ Harrison Ross Byck*
HARRISON ROSS BYCK, ESQUIRE
Attorney for Debtor
Kasuri Byck, LLC
340 Route 1 North
Edison, New Jersey 08817
(732) 253-7650
lawfirm@kasurilevy.com