UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on January 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Praveen K. Andapally

Case No.: _____16-21074_____

Hearing Date: _____February 14, 2017_____

Judge: _____Kathryn C. Ferguson_____

Chapter: _____7_____

Recommended Local Form:    ☒  Followed    ☐  Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
_____TO SHORTEN TIME_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 25, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____January 24,_____, 20 17  by  Harrison Ross Byck _____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*