UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on February 15, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Praveen K. Andapally

Case No.: _____16-21074_____

Hearing Date: _____February 14, 2017_____

Judge: _____Kathryn C. Ferguson_____

Chapter: _____7_____

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

**ORDER DENYING MOTION OR**
**APPLICATION FOR THE ENTRY OF AN ORDER**
_____TO DISMISS CASE_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 15, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____January 24_____, 20 17  by

_Harrison Ross Byck_____ for entry of an order as set forth above, all

interested parties having been duly served, the Court having considered all of the papers

submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who

entered an appearance on this matter.

*Rev. 7/1/04; jml*