UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on February 15, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Praveen K. Andapally

| | |
|---|---|
| Case No.: | 16-21074 |
| Hearing Date: | February 14, 2017 |
| Judge: | Kathryn C. Ferguson |
| Chapter: | 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
## TO DISMISS CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 15, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

   A motion or application having been filed on   January 24  , 20 17  by Harrison Ross Byck for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

   ORDERED that the aforesaid motion or application is denied.

   The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-21074-KCF
Praveen K Andapally                                                         Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 16, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2017.
db             +Praveen K Andapally,    6 Richard Road,    Edison, NJ 08820-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2017 at the address(es) listed below:
              Adam Jason Friedman    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
               Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
               but solely as trustee for BCAT 2015-14BTT bankruptcy@friedmanvartolo.com
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Bank of America dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
               financial@kasuribyck.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;tbaldridge@tuckerlaw.com
              Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
               kbo@kkmllp.com,    nmm@kkmllp.com
              Matthew William Lizotte    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
               Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
               but solely as trustee for BCAT 2015-14BTT mlizotte@friedmanvartolo.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11