UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**McDonnell Crowley, LLC**
115 Maple Avenue – Suite 201
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mcdonnellcrowley.com
Brian T. Crowley (BC2778)
*Counsel to John M. McDonnell,*
  *Chapter 7 Trustee*

**Order Filed on February 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

PRAVEEN K. ANDAPALLY,

        Debtor.

Case No. 16-21074 (KCF)

Honorable Kathryn C. Ferguson

Chapter 7

Recommended Local Form:    ☒  Followed    ☐  Modified

### ORDER AUTHORIZING RETENTION
### OF REAL ESTATE BROKER TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 22, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| In re: | Praveen K. Andapally |
| Case No.: | 16-21074 (KCF) |
| Applicant: | John M. McDonnell |

- ☒ Trustee:  ☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.
- ☐ Debtor:  ☐ Chap. 11    ☐ Chap. 13
- ☐ Official Committee of _____

Professional: Orrico Realty

Address: 206 County Road 537
Colts Neck, NJ 07722

- ☐ Attorney for:
    - ☐ Trustee   ☐ Debtor-in-Possession
    - ☐ Official Committee of _____

- ☐ Accountant for:
    - ☐ Trustee   ☐ Debtor-in-Possession
    - ☐ Official Committee of _____

- ☒ Other Professional:
    - ☒ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
    - ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, John M. McDonnell, Chapter 7 Trustee, is authorized to retain the professional, Orrico Realty, to act as real estate broker for the Trustee.

2. Orrico Realty will be compensated for the services described herein at a commission rate of five (5%) percent of the purchase price of real property located at 310 Green Hollow Drive, Iselin, New Jersey, and 6 Richard Road, Edison, New Jersey, upon the closing of title relative to the same without the necessity of further Order of this Court. If the Trustee settles with the Debtor or if the case is converted or dismissed, and if funds are available in the estate, Orrico

2

   Realty will be compensated $750.00 for each preparation of a current market analysis and shall be reimbursed for out-of-pocket expenses without further order of the Court.

3.  The effective date of retention is the date the application is filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                               Case No. 16-21074-KCF
Praveen K Andapally                                                                  Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 22, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
db            +Praveen K Andapally,   6 Richard Road,   Edison, NJ 08820-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
      Adam Jason Friedman    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
       Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
       but solely as trustee for BCAT 2015-14BTT bankruptcy@friedmanvartolo.com
      Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com
      Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Loss Mitigation    Bank of America dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
       financial@kasuribyck.com
      John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
      Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
       agilbert@tuckerlaw.com;tbaldridge@tuckerlaw.com
      Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
       Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
       kbo@kkmllp.com,   nmm@kkmllp.com
      Matthew William Lizotte    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
       Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
       but solely as trustee for BCAT 2015-14BTT mlizotte@friedmanvartolo.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
      United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                     TOTAL: 11