Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−21074−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Praveen K Andapally
   6 Richard Road
   Edison, NJ 08820

Social Security No.:
   xxx−xx−7413

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on February 23, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 108 − 107
Order Vacating #107 Order Granting Application to Employ Orrico Realty as Real Estate Broker (Related to Doc #99) (related document:107 Order Granting Application to Employ Orrico Realty as Real Estate Broker (Related Doc 99). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/23/2017. (slf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 23, 2017
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-21074-KCF
Praveen K Andapally                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 23, 2017
                       Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2017.
r        Orrico Realty,   206 County Road 537,   Colts Neck, NJ  07722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:
        Adam Jason Friedman   on behalf of Creditor   Fay servicing LLC as servicer for Wilmington
         Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
         but solely as trustee for BCAT 2015-14BTT bankruptcy@friedmanvartolo.com
        Brian Thomas Crowley   on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com
        Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Denise E. Carlon   on behalf of Loss Mitigation   Bank of America dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Harrison Ross Byck   on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
         financial@kasuribyck.com
        John Michael McDonnell   jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
        Jordan Seth Blask   on behalf of Creditor   PNC Bank, National Association jblask@tuckerlaw.com,
         agilbert@tuckerlaw.com;tbaldridge@tuckerlaw.com
        Karen B. Olson   on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing business as
         Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
         kbo@kkmllp.com,   nmm@kkmllp.com
        Matthew William Lizotte   on behalf of Creditor   Fay servicing LLC as servicer for Wilmington
         Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
         but solely as trustee for BCAT 2015-14BTT mlizotte@friedmanvartolo.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
        United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                         TOTAL: 11