Order Filed on February 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Praveen K Andapally | Case No.:  __16-21074-KCF__<br><br>Chapter:  __7__<br><br>Hearing Date:  __n/a__<br><br>Judge:  __KCFerguson__ |

## ORDER VACATING

#107 Order Granting Application to Employ Orrico Realty as Real Estate Broker (Related Doc #99)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 23, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court on its own motion finds that the:

#107 Order Granting Application to Employ Orrico Realty as Real Estate Broker (Related Doc #99)

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated _____2/22/2017_____, be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:
Praveen K Andapally
    Debtor

Case No. 16-21074-KCF
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 23, 2017
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2017.
db    +Praveen K Andapally,    6 Richard Road,    Edison, NJ 08820-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:
    Adam Jason Friedman    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT bankruptcy@friedmanvartolo.com
    Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com
    Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Denise E. Carlon    on behalf of Loss Mitigation    Bank of America dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com, financial@kasuribyck.com
    John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
    Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com, agilbert@tuckerlaw.com;tbaldridge@tuckerlaw.com
    Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT kbo@kkmllp.com,   nmm@kkmllp.com
    Matthew William Lizotte    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT mlizotte@friedmanvartolo.com
    U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
    United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
    TOTAL: 11