UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Case No.: <u>16-21074 (KCF)</u>

PRAVEEN K. ANDAPALLY  Chapter: <u>     7     </u>

Chief Judge: <u>Kathryn C. Ferguson</u>

---

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

---

<u>John M. McDonnell</u>, <u>Chapter 7 Trustee</u>, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | United States Bankruptcy Court
Office of the Clerk Clarkson S. Fisher
US Courthouse 402 East State Street
Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable <u>Kathryn C. Ferguson</u> on <u>April 4, 2017</u> at <u>11a.m.</u> at the United States Bankruptcy Court, courtroom no. <u>2</u> ,<u>U.S. Bankruptcy Court 402 E. State Street, Trenton NJ</u>(hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | See Trustee's turnover motion and certain claims |
|---|---|

Pertinent terms of settlement:

Following good faith negotiations, John M. McDonnell, not individually or personally but as the chapter 7 trustee (the "Trustee") for the estate for Praveen K. Andapally, the chapter 7 debtor (the "Debtor" and together with the Trustee, the "Parties"), in the above captioned case, and the Debtor desire to settle certain claims the Trustee asserts against the Debtor, to avoid further costs of litigation on the terms set forth in a Stipulation and Consent Order (as defined below).

The Trustee, proposes, through his motion (the "9019 Motion"), and application filed in support thereof, for entry of an order approving the proposed stipulation and consent order (the "Stipulation and Consent Order") between the Trustee and the Debtor, and granting related relief, pursuant to section 105(a) of Bankruptcy Code, and Bankruptcy Rule 9019. *See* Docket No. 115. Interested parties should refer to the 9019 Motion and the documents filed in support thereof, including, the Stipulation and Consent Order, for the complete and detailed substance and information thereof.

By way of brief summary, the proposed settlement seeks to resolve the Trustee turnover motion and the disposition of certain real and personal property that the estate claims an ownership interest.

The Stipulation and Consent Order is subject to approval by the Bankruptcy Court and shall become effective on the date it is approved by the Bankruptcy Court (the "Effective Date"). The Debtor shall pay to the Trustee the sum of $100,000 (the "Settlement Payment") within seven (7) days of the Effective Date. The Parties exchange certain claim waivers.

The Stipulation and Consent Order is not meant in any way to resolve any claims the Trustee and/or the estate may have against third parties. The Trustee, in his business judgment, believes that such settlement is in the best interest of the estate and its creditors because such payment may produce a distribution to unsecured creditors, without the uncertainty and length of potential litigation.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | McDonnell Crowley, LLC |
| Address: | 115 Maple Ave., Red Bank, NJ 07701 |
| Telephone No.: | (732)383-7233 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-21074-KCF
Praveen K Andapally                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Mar 02, 2017
                              Form ID: pdf905          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2017.
```
db           +Praveen K Andapally,    6 Richard Road,    Edison, NJ 08820-3028
lm           +Bank of America,    1800 Tapo Canyon,    Simi Valley, CA 93063-6712
acc          +Bederson LLP,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
lm           +FAY SERVICING, LLC,    939 WEST NORTH AVE,    SUITE 680,    CHICAGO, IL 60642-1231
cr            Mercedes Benz Financial Services USA LLC,    Att: BK Servicing LLC,    POB 131265,
               Roseville, MN    55113-0011
r             Orrico Realty,    206 County Road 537,    Colts Neck, NJ   07722
cr           +Wilmington Savings Fund Society,    Aldridge Pite LLP,    4375 Jutland Dr,    Ste 200,    POB 17933,
               San Diego, CA 92177-7921
cr           +Wilmington Savings Fund Society, FSB, doing busine,    Knuckles, Komosinski & Manfro, LLP,
               565 Taxter Road, Suite 590,    Elmsford, NY 10523-2300
516222040    +BANK OF AMERICA,    PO BOX 15284,    WILMINGTON, DE 19850-5284
516222041    +BANK OF AMERICA,    1800 TAPO CANYON RD,    SIMI VALLEY, CA 93063-6712
516401920     BANK OF AMERICA, N.A.,    Bank of America,    PO BOX 31785,    Tampa FL 33631-3785
516342685    +Bank United,    Att: Howard Toland,    1200 Weston Rd Penthouse,    Weston, FL 33326-1987
516222042    +BankUnited, N.A.,    Workout and Recovery,    7815 NW 148th Street,    Hialeah, FL 33016-1554
516222043    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: CBNA,     50 NORTHWEST POINT ROAD,    ELK GROVE VILLAGE, IL 60007)
516222044    +CITIMORTGAGE INC,    PO BOX 9438,    GAITHERSBURG, MD 20898-9438
516277325    +Carrington Mortgage Services,    Att: Prober & Raphael,    20750 Ventura Blvd Ste 100,
               Woodland Hills, CA 91364-6207
516433524    +Carrington Mortgage Services, LLC,    1600 SOUTH DOUGLASS ROAD,    ANAHEIM, CA 92806-5951
516222045    +FAY SERVICING,    939 W NORTH AVE,    CHICAGO, IL 60642-7138
516580718    +Law Offices of,    Knuckles, Komosinski & Manfro, LLP,    565 Taxter Road, Suite 590,
               Elmsford, NY 10523-2300
516222046    +MB FIN SVCS,    BYMAILONLY,    36455 CORPORATE DRIVE,    FARMINGTON, MI 48331-3552
516286457     Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
516222047    +PNC Bank,    2730 LIberty Avenue,    Pittsburgh, PA 15222-4747
516417639    +U.S. Bank Trust N.A.,Trustee (See 410),    C/O Fay Servicing,    939 W. North Avenue Suite 680,
               Chicago, Illinois 60642-1231
516235018    +Wells Fargo Bank, N.A.,    Attn: Sharilyn Kelley,    4101 Wiseman Blvd, #T7419-018,
               San Antonio, Texas 78251-4200
516222049    +Wells Fargo Bank, N.A.,    PO Box 660007,    Dallas, TX 75266-0007
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2017 22:45:16     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2017 22:45:14      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516429623     E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2017 22:31:54
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
               Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
516227254    +E-mail/Text: cio.bncmail@irs.gov Mar 02 2017 22:44:51      Department of Treasury,
               Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
516634933    +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2017 22:45:14      U. S. Trustee,
               One Newark Center,    Suite 2100,    Newark, NJ 07102-5277
516552665    +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2017 22:45:14      United States Trustee,
               One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                               TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516222048      PUBLIC SER. ELECTRIC & GAS
516580717      Wilmington Savings Fund Society
                                                                                              TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Mar 02, 2017
                              Form ID: pdf905          Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2017 at the address(es) listed below:
              Adam Jason Friedman    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
               Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
               but solely as trustee for BCAT 2015-14BTT bankruptcy@friedmanvartolo.com
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Bank of America dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
               financial@kasuribyck.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;tbaldridge@tuckerlaw.com
              Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
               kbo@kkmllp.com,    nmm@kkmllp.com
              Matthew William Lizotte    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
               Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
               but solely as trustee for BCAT 2015-14BTT mlizotte@friedmanvartolo.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```