# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:      Praveen K Andapally     Debtor(s)

Case no.: 16-21074
Chapter: 7
Judge: Ferguson

## CERTIFICATION OF NO OBJECTION

I **Gary A. Nau**, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☒ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
Settlement between the Chapter 7 Trustee and the Debtor.

JEANNE A. NAUGHTON, Clerk

Date: 3/29/2017     By: Gary A. Nau

*rev.2/10/17*