UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Karen B. Olson, Esq.
Knuckles, Komosinski & Manfro, LLP
565 Taxter Road Suite 590
Elmsford, NY 10523
Phone: (914) 345-3020
E-Fax (914) 992-9154
kbo@kkmllp.com

Order Filed on May 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Praveen K. Andapally
Frances Piazza-Valentin

Case No.:     16-21074-KCF
Chapter:      7
Hearing Date: May 2, 2017
Judge:        Kathryn C. Ferguson

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 2, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

6

Upon the motion of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT, ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

√ Real property more fully described as:

6 Richard Road, Edison, NJ 08820

___ Personal property more fully described as:

ORDERED, that Movant is permitted to engage in loss mitigation activity with the Debtor, including short payoff, short sale, and the obtaining of a deed in lieu of foreclosure; and it is further

ORDERED, all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor; and it is further

ORDERED, that the Debtor is directed to pay to Movant, $500.00 in attorney fees and $181.00 for a motion filing fee to reimburse Movant for its fees for filing the within motion; and it is further

ORDERED that this order shall survive any conversion; and it is further

ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.