UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Karen B. Olson, Esq.
Knuckles, Komosinski & Manfro, LLP
565 Taxter Road Suite 590
Elmsford, NY 10523
Phone: (914) 345-3020
E-Fax (914) 992-9154
kbo@kkmllp.com

In Re:

Praveen K. Andapally
Frances Piazza-Valentin

**Order Filed on May 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:      16-21074-KCF
Chapter:       7
Hearing Date:  May 2, 2017
Judge:         Kathryn C. Ferguson

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 2, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT, ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

√ Real property more fully described as:

6 Richard Road, Edison, NJ 08820

___ Personal property more fully described as:

ORDERED, that Movant is permitted to engage in loss mitigation activity with the Debtor, including short payoff, short sale, and the obtaining of a deed in lieu of foreclosure; and it is further

ORDERED, all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor; and it is further

ORDERED, that the Debtor is directed to pay to Movant, $500.00 in attorney fees and $181.00 for a motion filing fee to reimburse Movant for its fees for filing the within motion; and it is further

ORDERED that this order shall survive any conversion; and it is further

ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

7

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-21074-KCF
Praveen K Andapally                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 02, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
db             +Praveen K Andapally,    6 Richard Road,    Edison, NJ 08820-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2017 at the address(es) listed below:
       Adam Jason Friedman    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
        Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
        but solely as trustee for BCAT 2015-14BTT bankruptcy@friedmanvartolo.com
       Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com
       Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       Denise E. Carlon    on behalf of Loss Mitigation    Bank of America dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
        financial@kasuribyck.com
       John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
       Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
        agilbert@tuckerlaw.com;tbaldridge@tuckerlaw.com
       Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
        Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
        kbo@kkmllp.com,    nmm@kkmllp.com
       Matthew William Lizotte    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
        Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
        but solely as trustee for BCAT 2015-14BTT mlizotte@friedmanvartolo.com
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
       United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 11