**MCDONNELL CROWLEY, LLC**
115 Maple Avenue
Red Bank, New Jersey 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
*Counsel for John M. McDonnell,*
*Chapter 7 Trustee*



Order Filed on May 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re:                  | Case No. 16-21074 (KCF)          |
|-------------------------|----------------------------------|
| PRAVEEN K. ANDAPALLY,   | Honorable Kathryn C. Ferguson    |
| Debtor.                 | Chapter 7                        |

## ORDER EXTENDING
## THE TIME FOR THE CHAPTER 7 TRUSTEE AND/OR
## THE UNITED STATES TRUSTEE TO OBJECT TO THE DEBTOR'S DISCHARGE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 9, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Praveen K. Andapally |
| Case No.: | 16-21074 (KCF) |
| Caption of Order: | Order Extending the Time For the Chapter 7 Trustee and/or the United States Trustee to Object to the Debtor's Discharge |

**THIS MATTER** having been brought before the Court upon the Motion[1] of John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of Praveen K. Andapally, the chapter 7 debtor (the "Debtor"), by and through his counsel, McDonnell Crowley, LLC, for entry of an order, pursuant to sections 105 and 727 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Rule 4004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to extend the time for the Trustee and/or the United States Trustee (the "U.S. Trustee") to file a complaint, pursuant to sections 105 and 727 of the Bankruptcy Code, and any other applicable law, objecting to the Debtor's discharge; and the Court finding notice of this motion having been given to all appropriate parties; and the Court having reviewed the papers filed and the arguments presented, and for good cause shown, it is hereby:

**ORDERED** that the deadline by which the Trustee and/or the U.S. Trustee must file a complaint objecting to the discharge of the Debtor, pursuant to sections 105 and 727 of the Bankruptcy Code, and any other applicable law, shall be and is hereby extended to and including May 10, 2017.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Application.