**MCDONNELL CROWLEY, LLC**
115 Maple Avenue
Red Bank, New Jersey 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
*Counsel for John M. McDonnell,*
*Chapter 7 Trustee*

Order Filed on May 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>PRAVEEN K. ANDAPALLY,<br><br>Debtor. | Case No. 16-21074 (KCF)<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 7 |

## ORDER EXTENDING
## THE TIME FOR THE CHAPTER 7 TRUSTEE AND/OR
## THE UNITED STATES TRUSTEE TO OBJECT TO THE DEBTOR'S DISCHARGE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 9, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:            Praveen K. Andapally
Case No.:          16-21074 (KCF)
Caption of Order:  Order Extending the Time For the Chapter 7 Trustee and/or the United States Trustee to Object to the Debtor's Discharge

**THIS MATTER** having been brought before the Court upon the Motion[1] of John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of Praveen K. Andapally, the chapter 7 debtor (the "Debtor"), by and through his counsel, McDonnell Crowley, LLC, for entry of an order, pursuant to sections 105 and 727 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Rule 4004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to extend the time for the Trustee and/or the United States Trustee (the "U.S. Trustee") to file a complaint, pursuant to sections 105 and 727 of the Bankruptcy Code, and any other applicable law, objecting to the Debtor's discharge; and the Court finding notice of this motion having been given to all appropriate parties; and the Court having reviewed the papers filed and the arguments presented, and for good cause shown, it is hereby:

**ORDERED** that the deadline by which the Trustee and/or the U.S. Trustee must file a complaint objecting to the discharge of the Debtor, pursuant to sections 105 and 727 of the Bankruptcy Code, and any other applicable law, shall be and is hereby extended to and including May 10, 2017.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Application.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 16-21074-KCF
Praveen K Andapally                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1         Date Rcvd: May 09, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2017.
db             +Praveen K Andapally,    6 Richard Road,    Edison, NJ 08820-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2017 at the address(es) listed below:
              Adam Jason Friedman    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
               Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
               but solely as trustee for BCAT 2015-14BTT bankruptcy@friedmanvartolo.com
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Bank of America dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
               financial@kasuribyck.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;tbaldridge@tuckerlaw.com
              Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
               kbo@kkmllp.com,    nmm@kkmllp.com
              Matthew William Lizotte    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
               Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
               but solely as trustee for BCAT 2015-14BTT mlizotte@friedmanvartolo.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11