Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  16−21074−KCF
                    Chapter:  7
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Praveen K Andapally
   6 Richard Road
   Edison, NJ 08820

Social Security No.:
   xxx−xx−7413

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       6/22/17
Time:       02:30 PM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
McDonnell Crowley, LLC, Trustee's Attorney

COMMISSION OR FEES
$28,619.50

EXPENSES
$641.81

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).


Dated: May 18, 2017
JAN: gan

                                                               Jeanne Naughton
                                                              Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                      Case No. 16-21074-KCF
Praveen K Andapally                                         Chapter 7
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-3        User: admin              Page 1 of 2          Date Rcvd: May 18, 2017
                            Form ID: 137             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2017.
db           +Praveen K Andapally,   6 Richard Road,   Edison, NJ 08820-3028
lm           +Bank of America,   1800 Tapo Canyon,   Simi Valley, CA 93063-6712
acc          +Bederson LLP,   347 Mt. Pleasant Avenue,   West Orange, NJ 07052-2749
lm           +FAY SERVICING, LLC,   939 WEST NORTH AVE,   SUITE 680,   CHICAGO, IL 60642-1231
cr            Mercedes Benz Financial Services USA LLC,   Att: BK Servicing LLC,   POB 131265,
               Roseville, MN   55113-0011
r             Orrico Realty,   206 County Road 537,   Colts Neck, NJ   07722
cr           +Wilmington Savings Fund Society,   Aldridge Pite LLP,   4375 Jutland Dr,   Ste 200,   POB 17933,
               San Diego, CA 92177-7921
cr           +Wilmington Savings Fund Society, FSB, doing busine,   Knuckles, Komosinski & Manfro, LLP,
               565 Taxter Road, Suite 590,   Elmsford, NY 10523-2300
516222040    +BANK OF AMERICA,   PO BOX 15284,   WILMINGTON, DE 19850-5284
516222041    +BANK OF AMERICA,   1800 TAPO CANYON RD,   SIMI VALLEY, CA 93063-6712
516401920     BANK OF AMERICA, N.A.,   Bank of America,   PO BOX 31785,   Tampa FL 33631-3785
516342685    +Bank United,   Att: Howard Toland,   1200 Weston Rd Penthouse,   Weston, FL 33326-1987
516222042    +BankUnited, N.A.,   Workout and Recovery,   7815 NW 148th Street,   Hialeah, FL 33016-1554
516222043   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: CBNA,    50 NORTHWEST POINT ROAD,   ELK GROVE VILLAGE, IL 60007)
516222044    +CITIMORTGAGE INC,   PO BOX 9438,   GAITHERSBURG, MD 20898-9438
516277325    +Carrington Mortgage Services,   Att: Prober & Raphael,   20750 Ventura Blvd Ste 100,
               Woodland Hills, CA 91364-6207
516433524    +Carrington Mortgage Services, LLC,   1600 SOUTH DOUGLASS ROAD,   ANAHEIM, CA 92806-5951
516222045    +FAY SERVICING,   939 W NORTH AVE,   CHICAGO, IL 60642-7138
516580718    +Law Offices of,   Knuckles, Komosinski & Manfro, LLP,   565 Taxter Road, Suite 590,
               Elmsford, NY 10523-2300
516222046    +MB FIN SVCS,   BYMAILONLY,   36455 CORPORATE DRIVE,   FARMINGTON, MI 48331-3552
516286457     Mercedes-Benz Financial Services USA LLC,   c/o BK Servicing, LLC,   PO Box 131265,
               Roseville, MN 55113-0011
516222047    +PNC Bank,   2730 LIberty Avenue,   Pittsburgh, PA 15222-4747
516417639    +U.S. Bank Trust N.A.,Trustee (See 410),   C/O Fay Servicing,   939 W. North Avenue Suite 680,
               Chicago, Illinois 60642-1231
516235018    +Wells Fargo Bank, N.A.,   Attn: Sharilyn Kelley,   4101 Wiseman Blvd, #T7419-018,
               San Antonio, Texas 78251-4200
516222049    +Wells Fargo Bank, N.A.,   PO Box 660007,   Dallas, TX 75266-0007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 18 2017 22:17:59      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 18 2017 22:17:55      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516429623     E-mail/PDF: resurgentbknotifications@resurgent.com May 18 2017 22:20:02
               Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
               Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
516227254    +E-mail/Text: cio.bncmail@irs.gov May 18 2017 22:17:28      Department of Treasury,
               Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
516634933    +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 18 2017 22:17:55      U. S. Trustee,
               One Newark Center,   Suite 2100,   Newark, NJ 07102-5277
516552665    +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 18 2017 22:17:55      United States Trustee,
               One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516222048      PUBLIC SER. ELECTRIC & GAS
516580717      Wilmington Savings Fund Society
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: May 18, 2017
                              Form ID: 137             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2017 at the address(es) listed below:
              Adam Jason Friedman    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
               Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
               but solely as trustee for BCAT 2015-14BTT bankruptcy@friedmanvartolo.com
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Bank of America dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
               financial@kasuribyck.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;tbaldridge@tuckerlaw.com
              Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
               kbo@kkmllp.com,    nmm@kkmllp.com
              Matthew William Lizotte    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
               Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
               but solely as trustee for BCAT 2015-14BTT mlizotte@friedmanvartolo.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```