**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
Brian T. Crowley
bcrowley@mchfirm.com
*Counsel to John M. McDonnell,*
*Chapter 7 Trustee*

Order Filed on June 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>PRAVEEN K. ANDAPALLY,<br><br>Debtor. | Case No. 16-21074 (KCF)<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 7 |

### ORDER AUTHORIZING TRUSTEE TO DESTROY
### AND/OR ABANDON CERTAIN BOOKS AND RECORDS
### OF DEBTOR; AND GRANTING RELATED RELIEF

The relief set forth on the following page numbered two (2), is hereby **ORDERED**.

**DATED: June 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Praveen K. Andapally |
| Case No.: | 16-21074 (KCF) |
| Caption of Order: | Order Authorizing Trustee to Destroy and/or Abandon Certain Books and Records of the Debtor; and Granting Related Relief |

---

**THIS MATTER,** having been opened to the Court by John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of Praveen K. Andapally, the chapter 7 debtor (the "Debtor"), by and through his counsel, McDonnell Crowley, LLC, upon the filing of a Motion for authorization to destroy and/or abandon certain books and records of the Debtor; and the Court having considered any opposition filed; and for good cause having been shown,

**IT IS ORDERED** that the Trustee, and/or the Trustee's professionals, be and hereby are authorized to abandon and/or destroy the Debtor's books and records.

United States Bankruptcy Court
District of New Jersey

In re:
Praveen K Andapally
    Debtor

Case No. 16-21074-KCF
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 14, 2017
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.
db            +Praveen K Andapally,   6 Richard Road,   Edison, NJ 08820-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2017 at the address(es) listed below:
            Adam Jason Friedman    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
            Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
            but solely as trustee for BCAT 2015-14BTT bankruptcy@friedmanvartolo.com
            Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com
            Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            Denise E. Carlon    on behalf of Loss Mitigation    Bank of America dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
            financial@kasuribyck.com
            John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
            Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
            agilbert@tuckerlaw.com;tbaldridge@tuckerlaw.com
            Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
            Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
            kbo@kkmllp.com,   nmm@kkmllp.com
            Matthew William Lizotte    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
            Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
            but solely as trustee for BCAT 2015-14BTT mlizotte@friedmanvartolo.com
            U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
            United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 11