UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

BEDERSON, LLP
347 MT PLEASANT AVENUE – SUITE 200
WEST ORANGE, NJ 07052

Order Filed on June 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PRAVEEN K. ANDAPALLY
DEBTOR

Case No.: 16-21074 (KCF)

Hearing Date:

Judge: Kathryn C. Ferguson

Chapter 7

# ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: June 22, 2017

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| **APPLICANTS** | **COMMISSION/FEES** | **EXPENSES** |
|---|---|---|
| **BEDERSON LLP** | $9,390.50 | $70.35 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-21074-KCF
Praveen K Andapally                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jun 23, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2017.
db            +Praveen K Andapally,    6 Richard Road,    Edison, NJ 08820-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2017 at the address(es) listed below:
              Adam Jason Friedman    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
               Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
               but solely as trustee for BCAT 2015-14BTT bankruptcy@friedmanvartolo.com
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Bank of America dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
               financial@kasuribyck.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;tbaldridge@tuckerlaw.com
              Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
               kbo@kkmllp.com,    nmm@kkmllp.com
              Matthew William Lizotte    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
               Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
               but solely as trustee for BCAT 2015-14BTT mlizotte@friedmanvartolo.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11