| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>John Michael McDonnell<br>115 Maple Avenue<br>Suite 201<br>Red Bank, NJ 07701<br>Chapter 7 Trustee | Order Filed on July 14, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>PRAVEEN K ANDAPALLY<br>SS # XXX-XX-7413<br><br>SS # | Case No.: 16-21074<br><br>Judge: Kathryn C. Ferguson |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES
The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: July 14, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**
Debtor: ANDAPALLY, PRAVEEN K
Case No.: 16-21074-KCF
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $8,250.00 is reasonable compensation for the services in this case by John Michael McDonnell, trustee; that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code, that $83.20 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.