UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PRAVEEN K. ANDAPALLY<br><br>Debtor | Civil Action No. 16-5587(MAS) |
| PRAVEEN K. ANDAPALLY,<br><br>Appellant,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Appellee. | **ORDER FOR DISMISSAL** |

It appearing to the Court that Appellant has failed to respond to the Notice of Call for Dismissal and failed to file a brief in accordance with Federal Rule of Bankruptcy Procedure 8018(a)(4).

Accordingly,

**IT IS** on this 27th day of July, 2017,

**ORDERED** that the above case is hereby dismissed without prejudice and without cost to either party.

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
United States District Judge