UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: PRAVEEN K. ANDAPALLY

Debtor

PRAVEEN K. ANDAPALLY,

Appellant,

v.

FAY SERVICING,

Appellee.

Civil Action No. 16-5588(MAS)

**ORDER FOR DISMISSAL**

It appearing to the Court that Appellant has failed to respond to the Notice of Call for Dismissal and failed to file a brief in accordance with Federal Rule of Bankruptcy Procedure 8018(a)(4).

Accordingly,

**IT IS** on this 27th day of July, 2017,

**ORDERED** that the above case is hereby dismissed without prejudice and without cost to either party.

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
United States District Judge