TUCKER ARENSBERG, P.C.
Jordan S. Blask, Esq. (NJ I.D. # JB4173)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: (412) 566-1212
Fax: (412) 594-5619

**Order Filed on April 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

*Counsel to PNC Bank, National Association*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 16-21074-KCF |
| | : | |
| PRAVEEN K. ANDAPALLY, | : | Chapter 7 |
| | : | |
| Debtor(s). | : | Judge: KATHRYN C. FERGUSON |
| | : | |
| | : | Related to Doc. _____ |

## ORDER DIRECTING
## REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: April 30, 2019**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank, National Association ("PNC Bank"), and regarding Exhibit(s) A to the Motion for Relief from Stay filed at Doc(s). 56-2, it is

ORDERED that the above documents be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), PNC Bank must file a redacted version of the document within seven days of the date of this Order.

ORDERED that PNC Bank must serve this Order on all affected parties not later than one day after its entry.