TUCKER ARENSBERG, P.C.
Jordan S. Blask, Esq. (NJ I.D. # JB4173)
1500 One PPG Place
Pittsburgh, Pennsylvania  15222
Phone: (412) 566-1212
Fax: (412) 594-5619

**Order Filed on April 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

*Counsel to PNC Bank, National Association*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY (TRENTON)

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 16-21074-KCF |
| | : | |
| PRAVEEN K. ANDAPALLY, | : | Chapter 7 |
| | : | |
| Debtor(s). | : | Judge:  KATHRYN C. FERGUSON |
| | : | |
| | : | Related to Doc. _____ |

### ORDER DIRECTING
### REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: April 30, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank, National Association ("PNC Bank"), and regarding Exhibit(s) A to the Motion for Relief from Stay filed at Doc(s). 56-2, it is

ORDERED that the above documents be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), PNC Bank must file a redacted version of the document within seven days of the date of this Order.

ORDERED that PNC Bank must serve this Order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-21074-KCF
Praveen K Andapally                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 1              Date Rcvd: May 01, 2019
                              Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db             +Praveen K Andapally,    6 Richard Road,    Edison, NJ 08820-3028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
              Adam Jason Friedman    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
               Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
               but solely as trustee for BCAT 2015-14BTT bankruptcy@friedmanvartolo.com
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
               bcrowley@mcdonnellcrowley.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Bank of America dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harrison Ross Byck    on behalf of Debtor Praveen K Andapally lawfirm@kasuribyck.com,
               kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
               kbo@kkmllp.com
              Matthew William Lizotte    on behalf of Creditor    Fay servicing LLC as servicer for Wilmington
               Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity,
               but solely as trustee for BCAT 2015-14BTT mlizotte@friedmanvartolo.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11